FILED
CLERK, U.S. DISTRICT COURT

11/22/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SR___ DEPUTY

Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY JTC CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-CV-01325-JFW-MAAx<br><br>Assigned to Hon. Judge John F. Walter<br>Courtroom: 7A<br><br>(Removed from Los Angeles Superior Court; Case No. 21STCV35501)<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: 09/27/2021<br>Action Removed: 02/25/2022 |

## ORDER

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: 11/22/22

_/s/ John F. Walter_
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE